NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD L. DANIELS,                          )
                                             )
        Appellant,                 )
                                             )
v.                                           )          Case No. 2D17-2797
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                  )
_____ )

Opinion filed March 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Daniel L. Perry,
Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.


PER CURIAM.


        Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.